UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL FRANCISCO, ORI KATZIN, and FIREARMS POLICY COALITION, INC.,<br><br>              Plaintiffs,<br><br>-against-<br><br>PETER S. COOKE, JR., in his official capacity as Chief of Police of the Borough of Englishtown Police Department, WILLIAM WICKER, in his official capacity as Chief of Police of the Borough of Oradell Police Department, ANDREW J. BRUCK, in his official capacity as Acting Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, LOURDES LUCAS, in her official capacity as a Judge of the Monmouth County Superior Court and CHRISTOPHER R. KAZLAU, in his official capacity as a Judge of the Bergen County Superior Court,<br><br>              Defendants. | HON. FREDA L. WOLFSON, U.S.D.J.<br><br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>CIVIL ACTION NO. 3:21-cv-14575<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>Motion Date: November 1, 2021 |

**CERTIFICATION OF SERVICE**

    I hereby certify that on October 15, 2021, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1) Brief in Opposition to Defendant Peter S. Cooke, Jr.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

I further certify that one copy of the foregoing documents were served as follows on the 15th day of October, 2021 on the following persons:

Jonathan F. Cohen
Plosia Cohen LLC
Chester Woods Complex
385 Route 24, Suite 3G
jcohen@pclawnj.com

*Attorneys for Defendant Peter S. Cooke, Jr.*

**By email with consent in lieu of paper copies.**

I hereby certify that the foregoing statements are true. I understand that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

Dated: October 17, 2021

<u>s/Edward A. Paltzik</u>