

## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

March 24, 2022

The Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:  <u>Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.</u>
             Civil Action No. 21-14575 (FLW-DEA)

Dear Chief Judge Wolfson:

    I represent Defendants Acting Attorney General Matthew J. Platkin, Colonel Patrick J. Callahan, Lourdes Lucas, and Christopher J. Kazlau in the above captioned matter. I am writing this letter on behalf of all of the parties in this matter to jointly request a stay of this case pending a decision in the case now before the Supreme Court of the United States: New York State Rifle & Pistol Assn., Inc., et al. v. Keith M. Corlett, et al. That case presents a challenge under the Second Amendment to the State of New York's statutory regime governing individuals' ability to carry a handgun outside the home.

    Similar to New Jersey's system where applicants are required to show a "justifiable need" to carry a handgun, New York's statutes require that applicants show a "proper cause" prior to obtaining a license to carry. There is a substantial likelihood that the Court's ruling in that case would govern or at least inform the ultimate result in this case and, as a result, the parties in this matter all jointly request that this case be stayed pending the disposition of the New York State Rifle and Pistol Association case. Thank you for your consideration of this request.



```
                        Sincerely yours,

                        MATTHEW J. PLATKIN
                        ACTING ATTORNEY GENERAL OF NEW JERSEY

                        By: S/ Matthew J. Lynch
                        Matthew J. Lynch
                        Deputy Attorney General

Cc:   Via ECF
      Edward A. Paltzik, Esq.
      Jonathan F. Cohen, Esq.
```

ORDERED that this matter is stayed pending the Supreme Court's decision in *New York State Rifle & Pistol Assn., Inc. v. Corlett*; and it is further

ORDERED that the parties shall advise the Court forthwith when the decision is rendered, and how the decision would impact this matter; and it is further

ORDERED that pending the stay, this matter is ADMINISTRATIVELY TERMINATED.

Dated: 3/25/2022

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
Chief Judge