**JOSHPE MOONEY PALTZIK LLP**
1407 Broadway, Suite 4002
New York, NY 10018

EDWARD PALTZIK
T: (212) 344-8211
C: (516) 526-0341
F: (212) 313-9478
epaltzik@jmpllp.com

August 24, 2022

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
     Civil Action No. 21-14575 (FLW-DEA)

Your Honor:

I represent the Plaintiffs Daniel Francisco, Ori Katzin, and Firearms Policy Coalition, Inc., in the above-referenced action. In light of my motion to withdraw as counsel for Plaintiffs, filed yesterday (Dkt #20)—the basis of which is my medical inability to continue representation and to continue the practice of law—I write to respectfully request that Your Honor adjourn the Telephone Status Conference currently scheduled for August 29, 2022 at 2:30 p.m. (Dkt #19), for a period of thirty (30) days, in order to allow my clients time to procure substitute counsel and for substitute counsel to become familiar with the matter.

This application is made with the consent of all parties to this action. Thank you for your consideration.

Respectfully submitted,

*/s/ Edward A. Paltzik*
Edward A. Paltzik

Cc: All Counsel (via ECF and email)

1