

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

September 19, 2022

**Via CM/ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    Re:   *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
           No. 21-cv-14575 (FLW-DEA)

Dear Judge Arpert:

    This office represents defendants Matthew J. Platkin, Patrick J. Callahan, Hon. Lourdes Lucas, J.S.C., and Hon. Christopher R. Kazlau, J.S.C. in this action. I write to respectfully request an adjournment of the status conference currently scheduled for September 28 at 11:00 a.m. (ECF 22) for seven (7) days, as I am handling an oral argument in the New Jersey Supreme Court that was recently set for September 28 at 10:00 a.m. and is expected to exceed one hour in length. In addition, plaintiff's substitute counsel, Bradley Lehman, Esq., recently entered his appearance, and an adjournment will allow additional time for the parties to discuss the matter with new counsel. Counsel for all parties consent to this application.

    Thank you for Your Honor's consideration of this request.



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Tim Sheehan
     Tim Sheehan

cc: All counsel of record (via CM/ECF)