

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*Bradley P. Lehman, Esquire*
*302-416-3344*
*blehman@gsbblaw.com*

November 7, 2022

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
      Civil Action No. 21-14575-FLW-DEA

Dear Judge Arpert:

  I represent the plaintiffs in the above-captioned action and write to provide the joint status update in this matter that Your Honor requested via an order entered on October 7, 2022.[1] During the teleconference held on October 6, 2022, counsel advised that issues concerning restrictions placed on Mr. Francisco's carry permit, as well as the status of Mr. Katzin's permit generally, were still working their way through the Superior Court. That is still the case today. Additionally, counsel understand that New Jersey's legislature is currently considering legislation that could impact the restrictions on Mr. Francisco's license and decision-making about the appropriate next steps in this case. Accordingly, all counsel are of the view that it would be appropriate to provide another joint status update in approximately thirty days.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

               Respectfully submitted,

               */s/ Bradley P. Lehman*

cc: All Counsel (via ECF and email)

---

[1] Your Honor's order requested that the status update be provided on November 6, 2022, which turned out to be a Sunday. Counsel confirmed with Your Honor's chambers late last week that filing this update today was acceptable.

1201 N. ORANGE STREET, SUITE 300, WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

8 PENN CENTER, 1628 JOHN F. KENNEDY BLVD, SUITE 1901, PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

www.GSBBLAW.com