

*Bradley P. Lehman, Esquire*
*302-416-3344*
*blehman@gsbblaw.com*

January 9, 2023

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
      Civil Action No. 21-14575-FLW-DEA

Dear Judge Arpert:

  As Your Honor will recall, I represent the plaintiffs in the above-captioned action and write to provide the joint status update in this matter that the Court requested via an order entered on December 9, 2022 (Dkt. No. 31). During the teleconference held on October 6, 2022, and in subsequent status reports provided on November 7, 2022 (Dkt. No. 28) and December 8, 2022 (Dkt. No. 30), counsel advised that issues concerning restrictions placed on Mr. Francisco's carry permit, as well as the status of Mr. Katzin's permit generally, were still working their way through the Superior Court. That is still the case today. Additionally, counsel understand that New Jersey's legislature recently enacted legislation that will likely impact the restrictions on Mr. Francisco's license and decision-making about the appropriate next steps in this case. Accordingly, all counsel are of the view that it would be appropriate to provide another joint status update in approximately thirty days or at such other time as Your Honor may request.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

              Respectfully submitted,

              */s/ Bradley P. Lehman*

cc:  All Counsel (via ECF)

1201 N. ORANGE STREET, SUITE 300, WILMINGTON, DELAWARE 19801
P: 302.425.5800 | F: 302.425.5814

8 PENN CENTER, 1628 JOHN F. KENNEDY BLVD, SUITE 1901, PHILADELPHIA, PENNSYLVANIA 19103
P: 215.238.0010 | F: 215.238.0016

www.GSBBLAW.com