

Bradley P. Lehman, Esquire
302-416-3344
blehman@gsbblaw.com

**GELLERT SCALI BUSENKELL & BROWN, LLC**

February 10, 2023

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
      Civil Action No. 21-14575-FLW-DEA

Dear Judge Arpert:

  As Your Honor will recall, I represent the plaintiffs in the above-captioned action and write to provide the joint status update in this matter that the Court requested via an order entered on January 10, 2023 (Dkt. No. 33). New Jersey recently enacted new legislation which eliminated the "justifiable need" standard for obtaining a concealed carry license following the Supreme Court's *Bruen* decision, streamlined the licensing process, but also imposed new restrictions on where and under what circumstances license holders are permitted to lawfully carry their concealed firearms.

  Based on this recent change in the law, the plaintiffs anticipate that in the near term, either with the consent of those defendants who are expected to remain in the case or with leave of the Court, they will amend their complaint in this action to focus on the restrictions now being imposed upon them as concealed carry license holders rather than on New Jersey's licensing scheme generally.

  In addition, the parties are awaiting information concerning the reassignment of this case in light of the recent retirement of Judge Wolfson.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

            Respectfully submitted,

            */s/ Bradley P. Lehman*

cc: All Counsel (via ECF)

1201 N. ORANGE STREET, SUITE 300, WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

8 PENN CENTER, 1628 JOHN F. KENNEDY BLVD, SUITE 1901, PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

www.GSBBLAW.com