

Bradley P. Lehman, Esquire
302-416-3344
blehman@gsbblaw.com

August 11, 2023

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.,*
              Civil Action No. 21-14575-GC-DEA

Dear Judge Arpert:

    As Your Honor will recall, I represent the plaintiffs in the above-captioned action. I write in response to the Court's text order dated August 1, 2023, in which Your Honor requested that a joint status report and proposed briefing schedule be submitted by today's date.

    The parties have conferred, and, instead of amending the complaint and engaging in motion practice at this juncture, the plaintiffs intend to instead put their efforts into reaching an amicable, stipulated resolution of this action. Counsel for defendants have advised they do not oppose discussing a stipulated resolution. In light of that, the parties are hopeful that no briefing schedule will ultimately be necessary. We will be happy to provide a further update at the Court's direction concerning the status of the parties' efforts to resolve this matter.

    Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

                                          Respectfully submitted,

                                          */s/ Bradley P. Lehman*

cc:    All Counsel (via ECF)

1201 N. ORANGE STREET, SUITE 300, WILMINGTON, DELAWARE 19801
P: 302.425.5800 | F: 302.425.5814

8 PENN CENTER, 1628 JOHN F. KENNEDY BLVD, SUITE 1901, PHILADELPHIA, PENNSYLVANIA 19103
P: 215.238.0010 | F: 215.238.0016

www.GSBBLAW.com