

*Bradley P. Lehman, Esquire*
*302-416-3344*
*blehman@gsbblaw.com*

February 15, 2024

<u>*Via ECF*</u>

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.*,
      Civil Action No. 21-14575—GC-DEA

Dear Judge Arpert:

  As Your Honor will recall, I represent the plaintiffs in the above-captioned action and write to provide a joint status update in this matter. As noted during the January 30, 2024, status conference, the parties have reached a settlement in principle; since that time, the parties have reduced their agreement to writing and all counsel are currently reviewing and discussing the language of a draft Consent Order which (if agreed to by all parties) could be entered by the Court as a final judgment. Accordingly, all counsel believe it would be appropriate to provide another joint status update in 30 days or at such other time as Your Honor may request.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

               Respectfully submitted,

               */s/ Bradley P. Lehman*

cc: All Counsel (via ECF)

1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

8 PENN CENTER
1628 JOHN F. KENNEDY BLVD, SUITE 1901
PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

www.GSBBLAW.com