

**GELLERT SCALI BUSENKELL & BROWN, LLC**

Bradley P. Lehman, Esquire
302-416-3344
blehman@gsbblaw.com

March 25, 2024

<u>*Via ECF*</u>

The Honorable Georgette Castner, U.S.D.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.,*
     Civil Action No. 21-14575-GC-DEA

Dear Judge Castner:

  I represent the plaintiffs in the above-captioned action and write to provide a joint status update in this matter. As previously reported to Magistrate Judge Arpert just prior to his recent retirement from the bench, the parties have reached a settlement in principle. The parties have reduced their agreement to writing, are finalizing the language of a draft Consent Order which (if agreed to by all parties) could be entered by the Court as a final judgment, and are working to consummate their settlement in the very near term. Accordingly, all counsel believe it would be appropriate to provide another joint status update in 30 days or at such other time as Your Honor may request.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

             Respectfully submitted,

             */s/ Bradley P. Lehman*

cc: All Counsel (via ECF)

TEXT ORDER: The parties are to file the status update on the docket by no later than April 25, 2024. So Ordered by Judge Georgette Castner on 3/27/24.

It is so ordered this 27th day of March, 2024.

*Georgette Castner*
Georgette Castner, U.S.D.J.

---

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814