

*Bradley P. Lehman*
*(302) 416-3344*
*blehman@gsbblaw.com*

April 25, 2024

<u>*Via ECF*</u>

The Honorable Georgette Castner, U.S.D.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.,*
      Civil Action No. 21-14575-GC-DEA

Dear Judge Castner:

  I represent the plaintiffs in the above-captioned action and write to provide a joint status update in this matter. Since the date of my last status update letter, the parties have finalized the language of a draft Consent Order which the parties intend to submit to be entered by the Court as a final judgment. The last remaining consent that was needed was from the Borough of Oradell, which I understand will be forthcoming soon once the Borough prepares and adopts a resolution approving the settlement. The parties anticipate that the Consent Order will be submitted for Your Honor's consideration before the time at which another periodic status update would be due, assuming that update would be due approximately thirty days from today.

  Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

               Respectfully submitted,

               */s/ Bradley P. Lehman*

cc:  All Counsel (via ECF)

1201 NORTH ORANGE STREET, SUITE 300, WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET, SUITE 3020, 3RD FLOOR, PHILADELPHIA, PA 19107
P: 215.238.0010  F: 302.425.5814