

*Bradley P. Lehman*
*(302) 416-3344*
*blehman@gsbblaw.com*

June 28, 2024

<u>*Via ECF*</u>
The Honorable Georgette Castner, U.S.D.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Daniel Francisco, et al. v. Peter S. Cooke, Jr., et al.,*
              Civil Action No. 21-14575-GC-DEA

Dear Judge Castner:

      I represent the plaintiffs in the above-captioned action. On April 26, 2024, Your Honor entered a 60-day order administratively terminating this action. Rather than a traditional "settlement," the parties anticipate that in the very near term they will submit a consent order resolving this matter. Due to required approvals of government entities, vacations, etc., the parties require a bit more time to get their consent order executed and submitted to the Court, although its language has been finalized. On behalf of the plaintiffs, I respectfully request that the parties be permitted more time, through July 19, to get the consent order submitted for Your Honor's review and approval. All parties consent to this requested relief.

      Thank you for your consideration. Counsel are available at the convenience of the Court should Your Honor have any questions.

                                          Respectfully submitted,

                                          */s/ Bradley P. Lehman*

cc:    All Counsel (via ECF)

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814